**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | B & H Management, LLC |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA Arkansas River Rice |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 86-2513496 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**<br><br>4215 Emmett Sanders Rd<br>Pine Bluff, AR 71601<br>Number, Street, City, State & ZIP Code<br><br>Jefferson<br>County | **Mailing address, if different from principal place of business**<br><br>2872 Northumberland Highway<br>Lottsburg, VA 22511<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>4215 Emmett Sanders Rd.   Pine Bluff, AR 71601<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor  B & H Management, LLC _____  Case number (*if known*)_____
     *Name*

**7. Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor    B & H Management, LLC    Case number (*if known*)
     Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply*.)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

**Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☐ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000<br>☒ 50-99      ☐ 5001-10,000      ☐ 50,001-100,000<br>☐ 100-199      ☐ 10,001-25,000      ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000      ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000      ☒ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000      ☒ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |

Debtor   B & H Management, LLC                                     Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 29, 2025
              MM / DD / YYYY

**X** /s/ PJ Haynie                                    PJ Haynie
Signature of authorized representative of debtor        Printed name

Title   Chief Executive Officer

---

**18. Signature of attorney**

**X**   /s/ Christopher A Jones                         Date   July 29, 2025
Signature of attorney for debtor                               MM / DD / YYYY

**Christopher A. Jones**
Printed name

Whiteford, Taylor & Preston LLP
Firm name

1021 E. Cary Street, Suite 2001
Richmond, VA 23219
Number, Street, City, State & ZIP Code

Contact phone   **703-280-9263**       Email address   **CAJones@whitefordlaw.com**

**VSB No. 40064**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   B & H Management, LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 29, 2025          **X** /s/ PJ Haynie
                                        Signature of individual signing on behalf of debtor

                                        PJ Haynie
                                        Printed name

                                        Chief Executive Officer
                                        Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: B & H Management, LLC
United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Arkansas Dept. of Finance & Admin. PO Box 919 Little Rock, AR 72203 | | Taxes | | | | $53,025.65 |
| Axle Logistics 835 N. Central Street Knoxville, TN 37917 | | Trade debt | | | | $11,900.00 |
| Entergy Corporation 639 Loyola Ave New Orleans, LA 70113 | | Utilities | | | | $44,429.57 |
| EOS Trucking Inc. 1000 Fiber Optic Drive North Little Rock, AR 72117 | | | | | | $21,186.60 |
| Equipment Share 5804 Bull Run Dr. Columbia, MO 65201 | | Trade debt | | | | $13,578.25 |
| Essmueller Company 334 Avenue A Airbase Laurel, MS 39441 | | Trade debt | | | | $12,130.50 |
| First Southern Bank 2056 PHILLIPS COUNTY ROAD 145201 South Court St Florence, AL 35630 | | Credit card purchases | | | | $10,285.48 |
| Greenstone Cultura Co. 3820 Mansell Rd #350 Alpharetta, GA 30022 | | Trade debt | | | | $39,455.99 |

Debtor  B & H Management, LLC  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Greenstone Cultura Co. 3820 Mansell Road, Suite 375 Alpharetta, GA 30022 | | Trade debt | | | | $39,455.99 |
| Innpack LLC 10511 High Point Rd Olive Branch, MS 38654 | | Trade debt | | | | $18,702.71 |
| Intertek Alchemy (FKA Alchemy Systems) 5301 Riata Park Ct, Building F Austin, TX 78727 | | Trade debt | | | | $10,206.94 |
| Jefferson County Tax Collector Office 101 W Barraque St, Pine Bluff Pine Bluff, AR 71601 | | Taxes | | | | $132,694.12 |
| Mauldin And Jenkins 200 Galleria Parkway Atlanta, GA 30339 | | Trade debt | | | | $9,815.00 |
| Mccauley Services 23650 Interstate 30 N Bryant, AR 72022 | | Trade debt | | | | $10,034.72 |
| Nabholz Construction Services 612 Garland St. Conway, AR 72032 | | | | | | $42,911.41 |
| Raumak Packaging R. Raulino Kreis, 136 - Ilha da Figueira, Jaragu? do Sul - SC, , BrazilR. Raulino Kreis, 136 - Ilha da Figueira, Jaragu? do Sul - SC, 89258-170, Brazil | | Trade debt | | | | $49,086.87 |
| Summit Fire And Security 1025 Telegraph St Reno, NV 89502 | | | | | | $6,971.80 |
| Triton Fumigation LLC 2839 Piedmont St Kenner, LA 70062 | | Trade debt | | | | $9,796.82 |
| USA Rice Millers' Association 2101 Wilson Blvd., Suite 610 Arlington, VA 22201 | | | | | | $6,675.83 |

Debtor   B & H Management, LLC d/b/a Arkansas River Rice        Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Weight Systems Inc. 3086 Coachlite Lane Springdale, AR 72764 | | Trade debt | | | | $8,845.00 |

# United States Bankruptcy Court
## Eastern District of Virginia

In re: **B & H Management, LLC**

Case No.

Debtor(s)

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept and received a retainer of ................................ $ **11,738.00**

   The undersigned shall bill against the retainer at an hourly rate of .................................... $ **350-970**

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:
   ☒ Debtor    ☐ Other *(specify)*

3. The source of compensation to be paid to me is:
   ☒ Debtor    ☐ Other *(specify)*

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

July 29, 2025

*Date*

/s/ Christopher A. Jones

*Signature of Attorney*

Whiteford, Taylor & Preston LLP
*Name of Law Firm*
1021 E. Cary Street, Suite 2001
Richmond, VA 23219

AGP Pine Bluff LLC
2 Metroplex Drive
Birmingham, AL 35209


Applied Industrial Technologies, Inc.
1 Applied Plaza
Cleveland, OH 44115


Applied Milling Systems, Inc.
16350 Park Ten Pl Suite 150
Houston, TX 77084


Arkansas Blue Cross And Blue Shield
P.O. Box 2181
Little Rock, AR 72203


Arkansas Dept. of Finance & Admin.
PO Box 919
Little Rock, AR 72203


Arkansas Lime Company
P.O. Box 2356
72503


Axle Logistics
835 N. Central Street
Knoxville, TN 37917


Cintas Corporation
6800 Cintas Blvd
Mason, OH 45040


Cogz Inc.
58 Steeple View Ln.
06798


Customer Service Quality Transport. Inc.
23821 I-30
Bryant, AR 72022


Eaheart Industrial Service Inc.
2007 Botetourt St.
Richmond, VA 23220


Entergy Corporation
639 Loyola Ave
New Orleans, LA 70113


EOS Trucking Inc.
1000 Fiber Optic Drive
North Little Rock, AR 72117


Equipment Share
5804 Bull Run Dr.
Columbia, MO 65201

Essmueller Company
334 Avenue A Airbase
Laurel, MS 39441


First Southern Bank
2056 PHILLIPS COUNTY ROAD 145201 South C
Florence, AL 35630


Genista Biosciences, Inc.
5500 Hellyer Ave Ste 150
San Jose, CA 95138


Greenstone Cultura Co.
3820 Mansell Rd #350
Alpharetta, GA 30022


HILL BROTHERS PALLET COMPANY LLC
291 ANDREWS DR
72360


Industrial Supply And Service LLC
1135 Burt Street
Shreveport, LA 71107


Innpack LLC
10511 High Point Rd
Olive Branch, MS 38654


Intertek Alchemy (FKA Alchemy Systems)
5301 Riata Park Ct, Building F
Austin, TX 78727


Jack Tyler Engineering Inc.
6301 South University Ave.
72209


Jefferson County Tax Collector Office
101 W Barraque St, Pine Bluff
Pine Bluff, AR 71601


Kice Industries Inc.
5500 N. Mill Heights Dr.
Wichita, KS 67219


Liberty Utilities
1100 S State St
Pine Bluff, AR 71601


Mauldin And Jenkins
200 Galleria Parkway
Atlanta, GA 30339


Mccauley Services
23650 Interstate 30 N
Bryant, AR 72022

McMaster-Carr Supply Company
600 N County Line Road
Elmhurst, IL 60126


Nabholz Construction Services
612 Garland St.
Conway, AR 72032


Nexair LLC
1350 Concourse Ave Suite 103
Memphis, TN 38104


Philip Rahm International Inc.
8925 Emmott Rd.
Houston, TX 77040


Rabbi J. Greenblatt


Raumak Packaging
R. Raulino Kreis, 136 - Ilha da Figueira


Rev365, LLC
11621 Kanis Rd
Little Rock, AR 72211


RMC Collections Inc.
400 West Cummings Park, Suite 4450
Woburn, MA 01801


Satake USA Inc.
10900 Cash Rd
Stafford, TX 77477


Southland Transport Service
1085 US-165
Stuttgart, AR 72160


Stacked Cml. Truck & Trailer Repair
5421 Industrial Drive South
Pine Bluff, AR 71602


Summit Fire And Security
1025 Telegraph St
Reno, NV 89502


Summit Utilities Inc.
10825 W. Geddes Ave, Suite 410
Englewood, CO 80112


T&N Electric Co.
4012 S Neely Dr
Pine Bluff, AR 71603

```
Triton Fumigation LLC
2839 Piedmont St
Kenner, LA 70062


Uline, Inc.
12575 Uline Drive
Pleasant Prairie, WI 53158


USA Rice Millers' Association
2101 Wilson Blvd., Suite 610
Arlington, VA 22201


Waste Management, Inc.
800 Capitol Street Suite 3000
Houston, TX 77002


Weight Systems Inc.
3086 Coachlite Lane
Springdale, AR 72764


Welsco, Inc.
9006 Crystal Hill Road
Maumelle, AR 72113


Wholesale Electric Supply Co.
803 S. Robison Rd
Texarkana, TX 75501
```

# United States Bankruptcy Court
### Eastern District of Virginia

In re   B & H Management, LLC                              Case No.
                          Debtor(s)                         Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   B & H Management, LLC d/b/a Arkansas River Rice   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]


July 29, 2025                                              */s/ Christopher A. Jones*
Date

Signature of Attorney or Litigant
Counsel for   B & H Management, LLC d/b/a Arkansas River Rice
Whiteford, Taylor & Preston LLP
1021 E. Cary Street, Suite 2001
Richmond, VA 23219

# CORPORATION RESOLUTION OF B&H MANAGEMENT, LLC
# AUTHORIZING FILING OF BANKRUPTCY PETITION

I, Philip J. Haynie, III, do hereby certify that this Resolution of B&H Management, LLC ("B&H Management"), an Arkansas limited liability company, authorizing the Company to file a voluntary bankruptcy petition, was adopted on July 29, 2025.

WHEREAS, Philip J. Haynie, Chief Executive Office of B&H Management, has operational control over B&H Management pursuant to a Letter of Intent dated June 4, 2024;

WHEREAS, it is in the best interests of B&H Management, its creditors, and other interested parties for the Company to file a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

BE IT HEREBY RESOLVED that the filing of a voluntary bankruptcy petition on the Company's behalf is authorized;

FURTHER RESOLVED that Philip J. Haynie, III, Chief Executive Officer, is authorized to execute all documents necessary for the Company to file a voluntary petition under Chapter 11 of the Bankruptcy Code, including the voluntary petition and any schedules, lists, affidavits, certifications, or other required papers;

FURTHER RESOLVED that Philip J. Haynie, III is authorized to employ Whiteford, Taylor & Preston LLP to file a voluntary bankruptcy petition on B&H Management's behalf and to represent the Company during the bankruptcy case;

FURTHER RESOLVED that Philip J. Haynie, III is authorized to retain such other professionals as he deems necessary and appropriate to represent, assist, or consult with the Company during the bankruptcy case;

FURTHER RESOLVED that Philip J. Haynie, III is authorized to take any other actions necessary to accomplish the purpose of these resolutions; and

FURTHER RESOLVED that all acts lawfully done by Philip J. Haynie, III to effectuate the intent of these resolutions are hereby ratified and approved.

Dated: July 29, 2025

*DocuSigned by: Philip J. Haynie, III*
95C0446B1E494F2...

Philip J. Haynie, III
Chief Executive Officer